IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD DIETER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALDI, INC.,<br><br>Defendant. | Civil Action No.: 2:18-cv-00846-JFC<br><br>Judge Joy Flowers Conti |

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL
APPROVAL OF CLASS ACTION SETTLEMENT**

For all the reasons set forth in the accompanying Memorandum in Support of Unopposed Motion for Final Approval of Class Action Settlement, Plaintiff respectfully requests that the Court enter the proposed Final Order and proposed Final Judgment certifying the proposed Settlement Class and approving the proposed Settlement as being fair, reasonable, and adequate to the Class.

Attached to this Motion are the following exhibits:

Exhibit 1 – Declaration of Benjamin J. Sweet

Exhibit 2 – Declaration of Julie Hartley

Exhibit 3 – Proposed Final Judgment

| | |
|---|---|
| Dated: August 15, 2019 | THE SWEET LAW FIRM, P.C.<br>By:   */s/ Benjamin J. Sweet*<br>Benjamin J. Sweet, Esq.<br>1145 Bower Hill Road, Suite 104<br>Pittsburgh, Pennsylvania 15243<br>Telephone: 412-857-5350<br><br>*Signatures Continued Below* |

NYE, STIRLING, HALE & MILLER, LLP

By: */s/ Jonathan D. Miller*
Jonathan D. Miller, Esq.
Alison M. Bernal, Esq.
33 W. Mission Street, Suite 201
Santa Barbara, CA 93101
Telephone: 805-963-2345
jonathan@nshmlaw.com
alison@nshmlaw.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that on the 15th day of August, 2019, the foregoing document was electronically filed through the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

>  */s/ Benjamin J. Sweet*
>  Benjamin J .Sweet, Esq.