## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD DIETER, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ALDI, INC., <br><br> Defendant. | Civil Action No.: 2:18-cv-00846-JFC <br><br> Judge Joy Flowers Conti |

### <u>ORDER GRANTING FINAL APPROVAL OF SETTLEMENT</u>

Having considered the Class Action Settlement Agreement and all other materials properly before the Court, and having conducted an inquiry, pursuant to Rule 23 of the Federal Rules of Civil Procedure, the Court finds that the Settlement Agreement was entered into by all parties in good faith, is fair, reasonable, and adequate, and accordingly the Settlement Agreement is approved. The Court will enter the Judgment (Exhibit 3 to Motion for Final Approval), as amended  provided in the Settlement Agreement. Class Counsel shall effectuate the Settlement consistent with the terms of the Settlement Agreement.

DATED: August 29, 2019          <u>/s/ JOY FLOWERS CONTI</u>

Joy Flowers Conti

Senior United States District Court Judge